No. 16,867.

Rohlff Realty Company *v.* Rexroad.
(255 P. [2d] 976)

Decided April 6, 1953.

Per Curiam.

Judgment affirmed en banc without written opinion.

Mr. Merle M. Marshall, for plaintiff in error.

Mr. Leonard M. Haynie, for defendant in error.